United States District Court
Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7   TYRONE HURT,                           Case No. 3:22-mc-80159-WHO
             Plaintiff,
8
                                           **ORDER RE: PRE-FILING REVIEW OF COMPLAINT**
9        v.
10  TED CRUZ, et al.,                      Re: Dkt. No. 2
             Defendants.
11                                         Order also to be filed in C 12-4187-EMC
12
13       The request for permission to file this suit is DENIED.  The unintelligible complaint by
14  this vexatious litigation against two sitting U.S. senators seeking, apparently, $1 million with no
15  indication of a basis for jurisdiction and asserting unspecified constitutional violations is frivolous.
16  *See Hurt v. All Sweepstakes Contests*, No. C 12-4187 EMC, (N.D. Cal. Jan. 11, 2013).  Leave to
17  proceed in forma pauperis is DENIED.  *See* 28 U.S.C. § 1915(e)(2).  The Clerk is directed not to
18  accept the complaint for filing and this action is DISMISSED.
19       **IT IS SO ORDERED.**
20  Dated: June 28, 2022
21
22                                         
23                                         William H. Orrick
                                           United States District Judge
24
25
26
27
28